UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY a/s/o
JOEL CARRIERO

        Plaintiff,

        - against -

MV RIVER OF DREAMS, her engines, boilers, tackle, furniture, apparel, etc *in rem*, and PEDRO REYNOSA *in personam*

        Defendant,
------------------------------------------------------------X

07 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, ACE AMERICAN INSURANCE COMPANY a/s/o JOEL CARRIERO, and submits in duplicate its Disclosure Statement pursuant to F.R .Civ. P, Rule 7.1.

ACE LIMITED is the publicly traded parent company of ACE AMERICAN INSURANCE COMPANY. JOEL CARRIERO is an individual.

Dated: New York, New York
      August 22, 2007
      230-25

                                 CASEY & BARNETT, LLC
                                 Attorneys for Plaintiff

                                 Gregory G. Barnett (GB-3751)
                                 317 Madison Avenue, 21st Floor
                                 New York, NY 10017
                                 (212) 286-0225