Gregory Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225
Attorney's for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o JOEL CARRIERO

          Plaintiff

       -against-

MV RIVER OF DREAMS, her engines, boilers, tackle, furniture, apparel, etc *in rem*, and PEDRO REYNOSA *in personam*

          Defendant
-------------------------------------------------------X

No.: 07 CIV 7490 (PAC)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

     IT IS HEREBY NOTICED that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated:    New York, New York
           February 28, 2008
           230-25

Respectfully submitted,

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Gregory G. Barnett, Esq. (GB-3751)
317 Madison Avenue, 21st Floor
New York, New York, 11017