Gregory Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225
Attorney's for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 9 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o JOEL CARRIERO

        Plaintiff

        -against-

MV RIVER OF DREAMS, her engines, boilers,
tackle, furniture, apparel, etc *in rem*, and
PEDRO REYNOSA *in personam*

        Defendant
-------------------------------------------------------X

No.: 07 CIV 7490 (PAC)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

IT IS HEREBY NOTICED that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action. *The Clerk of Court shall close this case.*

Dated:    New York, New York
           February 28, 2008
           230-25

Respectfully submitted,

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: *Gregory Barnett*
Gregory G. Barnett, Esq. (GB-3751)
317 Madison Avenue, 21st Floor
New York, New York, 11017

SO ORDERED: FEB 2 9 2008

*Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE